# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY T.MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.   15-1298-SCW |
| | ) | |
| WARDEN STEPHEN DUNCAN, R. BAYLOR, | ) | |
| ALLAN DALLAS, JEREMY BUTTRUM, | ) | |
| JOHN DOE #1, JOHN DOE #2, JOHN DOE | ) | |
| #3, JOHN DOE #4, and RANDALL BAYLER, | ) | |
| | | |
| Defendant(s). | | |

## JUDGMENT IN A CIVIL CASE

Defendant WARDEN STEPHEN DUNCAN was dismissed without prejudice on December 18, 2015, by an Order entered by Chief Judge Michael J. Reagan (Doc. 6).

Defendants R. BAYLOR, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, were dismissed with prejudice on July 27, 2016 by an Order entered      Chief Judge Michael J. Reagan (Doc. 24).

Defendant ALLAN DALLAS and JEREMY BUTTRUM were granted summary judgment and Defendant RANDALL BAYLER was granted summary judgment on the deliberate indifference claims against him on February 22, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 46).

The remaining claims for excessive force against Defendant RANDALL BAYLER were voluntarily dismissed on February 27, 2018 (Doc. 49)

THEREFORE, judgment is entered in favor of **Defendants R. BAYLER, ALLAN DALLAS, JEREMY BUTTRUM, JOHN DOE DOE #1, JOHN DOE #2, JOHN DOE #3,** and **JOHN DOE #4,** and against Plaintiff **HARRY T. MILLER**.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of February, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by   s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**